# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 04, 2013

Mr. Michael Burt
Suite 400
1000 Brannan Street
San Francisco, CA 94103

Ms. Marcia A. Morrissey
2115 Main Street
Santa Monica, CA 90405-0000

RE: 13-1739 United States v. Angela Johnson

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

A CJA Form 30 which provides for your appointment under the provisions of the Criminal Justice Act to represent an appellant in a death penalty matter has been issued today. If you are receiving this letter by electronic noticing, your CJA Form 30 will be sent by mail. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

You can also find "Fillable" CJA Forms and instructions for their use on the "Forms" page of our web site. When you are ready to submit your voucher for payment, you may either complete the paper version or fill out the form online. If you choose to complete the form online, please copy the information contained in Items 1-14 from the paper CJA Form 30. You should then fill in the hours and expenses claimed, print out the form, sign it, attach the paper CJA Form 30 we sent you, and submit both forms to the St. Louis office for processing. Vouchers should be submitted after the court issues its mandate at the close of the case.

Please note that this CJA Form 30 covers your work for the appeal and any rehearing which might be filed. Compensation for paralegals, legal assistants and law students should be submitted separately on CJA Form 31. Any work pertaining to the filing of a petition for a writ of certiorari to the Supreme Court must be filed on a separate voucher, which we will provide upon request.

Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

www.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
www.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
www.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and complete CJA Form 24. The form is available as part of the CJA Forms referenced above.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged. Permission to file an overlength brief must be sought 7 days in advance of the due date. See Eighth Circuit Rule 28A(h).

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

LLB

Enclosure(s)

cc:     Mr. Jamie Bowers
        Ms. Angela Johnson
        Ms. Nancy S. Pemberton
        Mr. Rob Phelps
        Mr. Patrick J. Reinert
        Mr. Charles J. Williams

        District Court/Agency Case Number(s):   3:01-cr-03046-MWB-1

Appellate Case: 13-1739     Page: 2     Date Filed: 04/04/2013 Entry ID: 4021529

**Caption For Case Number:   13-1739**

United States of America

      Plaintiff - Appellant

v.

Angela Johnson

      Defendant - Appellee

**Addresses For Case Participants:   13-1739**

Mr. Michael Burt
Suite 400
1000 Brannan Street
San Francisco, CA  94103

Ms. Marcia A. Morrissey
2115 Main Street
Santa Monica, CA  90405-0000

Mr. Jamie Bowers
U.S. ATTORNEY'S OFFICE
Northern District of Iowa
Suite 670
600 Fourth Street
Sioux City, IA  51101

Ms. Angela Johnson
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
08337-029
P.O. Box 27137
Fort Worth, TX  76127-0000

Ms. Nancy S. Pemberton
PEMBERTON & ASSOCIATES
P. O. Box 40370
San Francisco, CA  94140-0370

Mr. Rob Phelps
U.S. DISTRICT COURT
Northern District of Iowa
111 Seventh Street, S.E.
Box 12
Cedar Rapids, IA  52401-2102

Mr. Patrick J. Reinert
U.S. ATTORNEY'S OFFICE
Northern District of Iowa
111 Seventh Avenue, S.E.
Cedar Rapids, IA  52401

Mr. Charles J. Williams
U.S. ATTORNEY'S OFFICE
Northern District of Iowa
111 Seventh Avenue, S.E.
Cedar Rapids, IA  52401