# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1739

United States of America

Appellant

v.

Angela Johnson

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:01-cr-03046-MWB-1)
_____

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may

have until June 7, 2013 to file the brief.

April 25, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans