UNITED STATES OF AMERICA, )
                                     )
      Appellant, )           No. 13-1739
                                       )
      vs. )
                                         )
ANGELA JOHNSON, )
                                     )
      Appellee. )

**GOVERNMENT'S SECOND MOTION FOR
EXTENSION OF TIME TO FILE ITS BRIEF**

The United States of America respectfully requests a 7-day extension of time within which to submit its brief in this matter.

The government's opening brief is currently due June 7, 2013. The government requests an extension of the deadline to and including June 14, 2013, for filing its brief.

This is a capital case. Defendant was tried, convicted, and sentenced to death for participating in the murders of five people. This Court affirmed her conviction and sentences, and the United States Supreme Court denied her petition for a writ of certiorari. The district court, however, granted her partial relief in response to a habeas petition, finding her trial defense attorneys rendered ineffective assistance of counsel. The district court ordered a new sentencing hearing.

The government has filed this interlocutory appeal of an order entered by the district court in which the court held that only part of the sentencing hearing will be

1

retried, barring admission of evidence, and barring the jury from considering certain aggravating factors. The issues raised in this case are very complex, procedurally, factually, and legally. The undersigned Assistant United States Attorney is continuing to work with counsel in the Criminal Appellate Section and Solicitor General's Office of the Department of Justice in Washington, D.C. This required consultation with those authorities takes time, particularly on a complex case like this one. The government is close to completing the review and approval process, but needs a short additional extension to complete the task.

Counsel for defendant Angela Johnson were consulted and indicated the defendant does not object to the government's motion for an extension of time to file its opening brief.

WHEREFORE, the United States respectfully requests the Court extend the deadline for filing the government's brief to and including June 14, 2013.

Respectfully Submitted,

SEAN R. BERRY
United States Attorney

By, s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401
319-363-6333; 319-363-1990 (fax)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on June 6, 2013.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record

Appellate Case: 13-1739     Page: 2     Date Filed: 06/06/2013 Entry ID: 4042854