**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

| | | |
|---|---|---|
| **TO:** | Mr. Charles J. Williams | |
| cc: | Mr. Jamie Bowers | |
| | Mr. Michael Norman Burt | |
| | Ms. Marcia Ann Morrissey | |
| | Ms. Nancy S. Pemberton | |
| | Mr. Patrick J. Reinert | |

**FROM:** Jackie P. Polk

**DATE:** June 14, 2013

**RE:** 13-1739  United States v. Angela Johnson

In reviewing the electronic version of the addendum submitted with your opening brief, we noted the defects shown below. The court has instructed the clerk's office to carefully review the addendum to make sure that all orders appealed from are present. Please review the provisions of 8th Cir. R. 28A(g) and provide a complete electronic version of the addendum within five days of the date of this notice. If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

_____ Addendum needs cover page with case number and caption.

_____ The addendum was not submitted as a separate document. See 8th Cir. R. 28A(g)(5)

__X___ The District Court or agency opinion is not present, including supporting memorandum or findings. See 8th Cir. R. 28A(g)(1)(I);

_____ The Magistrate Judge's report and recommendation is not present. See 8th Cir. R. 28A(g)((1)(ii);

_____ In an immigration case, both the IJ and BIA decisions must be included. See 8th Cir. R. 28A(g)(1)(I).

_____ In a Social Security case, the ALJ, Appeals Council and District Court decisions must be included. See 8th Cir. R. 28A(g)(1)(I).

_____ In a criminal case, the Judgment and Commitment Order must be included. See 8th Cir. R. 28A(g)(1)(I).

_____ You have appealed a suppression order in a criminal case, but you did not include the order appealed from. See 8th Cir. R. 28A(g)(1)(I).

_____ Your addendum contains confidential material as noted below. Please remove it and

resubmit the electronic version of the addendum.

Once the electronic version of the addendum is approved for filing, you will receive a Notice of Docket Activity informing you that your brief and addendum have been filed. Please submit the required paper copies of the brief and addendum within five days of that notice. See 8th Cir. 28A(d) and (g)(4). If you have any questions, please contact our office.

Appellate Case: 13-1739    Page: 2    Date Filed: 06/14/2013 Entry ID: 4045535