# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,    )
)
Appellant,    )     No. 13-1739
)
vs.    )
)
ANGELA JOHNSON,    )
)
Appellee.    )

## APPELLEE ANGELA JOHNSON'S MOTION FOR EXTENSION OF TIME TO FILE HER BRIEF

Appellee Angela Johnson, by her counsel, respectfully requests a 32-day extension of time within which to submit her reply brief in this case.

Ms. Johnson's reply brief is currently due on July 5, 2013. We are requesting an extension of the deadline to and including August 6, 2013, for filing our reply brief.

This is a complex capital case. Ms. Johnson's trial was "trifurcated" into three distinct stages – guilt, eligibility for the death penalty, and the selection of penalty or weighing phase. In March 2012, the district court granted Ms. Johnson's 28 U.S.C. §2255 motion, finding that defense counsel rendered constitutionally ineffective assistance at penalty selection stage of the trial and that Ms. Johnson was prejudiced by her attorneys' errors and omissions.

The district court subsequently ordered that Ms. Johnson's retrial would be limited to the penalty selection phase. The government filed an interlocutory appeal of this order.

Appellate Case: 13-1739     Page: 1     Date Filed: 07/01/2013 Entry ID: 4050576

The government's opening brief is 65 pages in length. Counsel for Ms. Johnson will be required to brief this Court's jurisdiction to consider the this interlocutory appeal as well as the government's substantive argument that the district court lacks the authority to order a penalty trial commensurate with its grant of relief in this case. Because of the complexity of the issues presented, counsel for Ms. Johnson will need to consult with Federal Resource Counsel in preparing the reply brief. This process will require more than 21 days.

On June 24, 2013, counsel for the government were consulted and indicated that the government does not object to Ms. Johnson's motion for an extension of time to file her opening brief.

WHEREFORE, appellee Angela Johnson respectfully requests the Court extend the deadline for filing her reply brief to and including August 6, 2013.

Dated: July 1, 2013                                    Respectfully submitted,

By:    /s/ Michael Burt
       Michael Burt
       Law Office of Michael Burt
       1000 Brannan Street, Suite 400
       San Francisco, California 94103
       Telephone: 415- 522-1508
       Facsimile: 415- 522-1506
       mb@michaelburtlaw.com

By:    /s/ Marcia Morrissey
       Marcia Morrissey
       Law Office of Marcia Morrissey
       2115 Main Street
       Santa Monica, California 90405
       Telephone: 310-399-3259
       MorrisseyMA@aol.com

2

# CERTIFICATE OF SERVICE

I certify that on July 1, 2013, I filed the foregoing document electronically through

the CM/ECF system, which caused all counsel of record to be served by electronic means.


/s/ Cathy L. Mackerl
CATHY L. MACKERL

3

Appellate Case: 13-1739    Page: 3    Date Filed: 07/01/2013 Entry ID: 4050576