# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1739

United States of America

Appellant

v.

Angela Johnson

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:01-cr-03046-MWB-1)

_____

## ORDER

Appellee's motion for extension of time to file the brief is granted. Appellee may have

until August 6, 2013 to file the brief.

July 01, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans