# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,   )
                            )
    Appellant,          )    No. 13-1739
                            )
    vs.                 )
                            )
ANGELA JOHNSON,             )
                            )
    Appellee.           )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

The United States of America respectfully requests a 5-day extension of time within which to submit its reply brief in this matter.

The government's reply brief is currently due on August 14, 2013. The government requests an extension of the deadline to and including August 19, 2013, for filing its reply brief.

The undersigned Assistant United States Attorney is working with counsel in the Criminal Appellate Section and Solicitor General's Office of the Department of Justice in Washington, D.C. The undersigned Assistant United States Attorney needs additional time to consult with those authorities.

1

Counsel for defendant Angela Johnson were consulted and indicated the defendant does not object to the government's motion for an extension of time to file its reply brief.

WHEREFORE, the United States respectfully requests the Court extend the deadline for filing the government's reply brief to and including August 19, 2013.

Respectfully Submitted,

SEAN R. BERRY
United States Attorney

By, s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401
319-363-6333; 319-363-1990 (fax)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on August 14, 2013.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record

2