UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )            No. 13-1739
                                       )
      vs.                              )
                                       )
ANGELA JOHNSON,                        )
                                       )
            Defendant.                 )

## UNRESISTED MOTION TO RESCHEDULE ORAL ARGUMENT

The United States requests that the oral argument in this matter, currently scheduled for December 18, 2013, be rescheduled to January 2014.

A member of the undersigned's family is scheduled for a surgical procedure on December 18, 2013, and this procedure cannot be postponed. Additionally, in conversations with defense counsel, the undersigned learned that defense counsel is currently in a capital trial in New Mexico and does not know if that trial will be concluded by December 18, 2013. Defense counsel begins another trial on January 28, 2014.

This is a death penalty case. Due to the nature and circumstance of this particular case and oral argument, the undersigned is the only attorney who can argue this case. This case cannot be handed off to another AUSA.

The government contacted defense counsel and he has no objections to this motion.

1

THEREFORE, the United States asks that the oral argument in this matter,

currently scheduled for December 18, 2013, be rescheduled to January 2014.

Respectfully Submitted,

SEAN R. BERRY
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
111 7th Avenue SE; Box 1
Cedar Rapids, IA 52401
319-363-6333; 319-363-1990 (fax)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy
of the foregoing document to which this
certificate is attached to the parties or
attorneys of record, shown below, on
November 20, 2013.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record

2