# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1739

United States of America

Appellant

v.

Angela Johnson

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:01-cr-03046-MWB-1)

_____

## ORDER

The appellant's motion for continuance of oral argument has been considered by the

court and is granted.

This case will be rescheduled for oral argument on Thursday, January 16, 2014 at 3:00

p.m. in St. Louis, Missouri.

November 25, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans