**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 16, 2013

Dear Court Appointed Attorney:

Thank you for accepting this appointment under the Criminal Justice Act. Your services are greatly appreciated.

Attorneys appointed under the Criminal Justice Act are authorized to obtain government rates for hotels and airlines for travel in connection with their representation under the Act. The Eighth Circuit is instituting a new procedure for obtaining airline tickets for travel to and from oral argument. For those attorneys requiring air transportation, we are attaching a travel authorization, allowing the use of the services of National Travel to book the reservations and issue the airline tickets. To save the court additional transaction costs, we suggest you use electronic ticketing. We will then pay National Travel directly through the Criminal Justice Act payment system. We will advise National Travel Service of the appointment and authorization to travel to oral argument. Please carry the travel authorization with you when you travel. We encourage you to take advantage of this service.

In addition, many hotels will offer CJA attorneys government rates for their travel in connection with their representation under the Act. We have been advised by several hotels in the St. Louis area that they will offer hotel rooms at the government rates. Please tell them that you are traveling on CJA-related business when you make your reservations and show them this letter and your CJA form 20/30 appointment voucher when you check in. A list of hotels near the courthouse can be found at www.ca8.uscourts.gov/st-louis-hotels.

If you have any questions, please call Diane Hogenmiller or Robin Weinberger at 314-244-2400.