# EIGHTH CIRCUIT COURT OF APPEALS

# ORAL ARGUMENT RESPONSE FORM

The Clerk's Office has sent you the calendar for an upcoming court session. Counsel who present oral argument to the Court must acknowledge receipt of the calendar by completing this form and electronically filing it in the appropriate case or cases. Please file this form immediately by following these steps:

**1) Complete form on-line; 2) Click 'Print to PDF' Button below (print to PDF printer in printer dropdown) or Save form to your computer; and 3) Log into CM/ECF and docket "Argument Response Form" attaching the completed Oral Argument Response Form.** <span style="color:red">**You MUST have a pdf writer to save the form to your computer. Please review the form before filing it in cm/ecf.**</span>

If you have not entered an Appearance in the case, the Clerk's Office will treat the returned Response Form as your Entry of Appearance.

If you have questions or need assistance, please call the Calendar Unit at 314-244-2400.

Counsel should report no later than 30 minutes before court convenes for check-in and final instructions.

A list of hotels for each city is available on the web at *www.ca8.uscourts.gov*/hotel-information

| January | U.S. Courthouse | Missouri, St. Louis |
|---|---|---|

CASE NUMBER(S): 13-1739

CASE TITLE: United States v. Angela Johnson

ATTORNEY PRESENTING ARGUMENT: Marcia A. Morrissey

on behalf of the: Appellee | Angela Johnson

Please type party name

ARGUING ATTORNEY ADDRESS:

Office: Law Office of Marcia A. Morrissey

Address 1: 2115 Main Street

Address 2:

City,State,Zip: Santa Monica, CA 90405

PHONE: (310) 399-3259

Print to PDF

E-MAIL: MorrisseyMA@aol.com

Appellate Case: 13-1739    Page: 1    Date Filed: 01/02/2014 Entry ID: 4110344