# DEATH PENALTY

February 04, 2014

## CJA Form Letter Check List

Case Number/Title: 13-1739  United States v. Angela Johnson (aplee)

PANEL: **RLW,  KEB,  LRS** x

SUBMISSION DATE: **January 16, 2014** x arg by Marcia Ann Morrissey

AUTHOR:

CASE TYPE: **Criminal, I** x IAN

OPINION: co-counsel is:  Mr. Michael Burt
415-522-1508

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME: **Marcia Ann Morrissey** x

CITY & STATE: **Santa Monica,  CA.**

LETTER TYPE:

| | | | | |
|---|---|---|---|---|
| NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
| EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | TRAVEXP.LTR | _____ |

VOUCHER #  13173901

COMPENSATION  _____

EXPENSES  _____

TOTAL  _____

ATTACHMENTS:

| | | | |
|---|---|---|---|
| J-STMNT | _____ | OOC MEMO | _____ |
| EXP. ITEM | _____ | RECPTS. | _____ |

STAT. LIMIT  _____

NOTES: