# INTERIM

February 13, 2014

## CJA Form Letter Check List

Case Number/Title:     13-1739  United States v. Angela Johnson x aplee

PANEL:     **RLW,  KEB,  LRS** x

SUBMISSION DATE:     **January 16, 2014** x arg by Marcia Morrissey

AUTHOR:

CASE TYPE:     **Criminal, I** x ian

OPINION:

MANDATE ISSUED:

JUDGMENT:

ATTORNEY NAME:     **Michael Norman Burt** x

CITY & STATE:     **Santa Monica,  CA.** x

LETTER TYPE:

| | | |
|---|---|---|
| NORMAPP.LTR _____ | NTAUNRAP.LTR _____ |
| EXAPP.LTR _____ | NTAUEXAP.LTR _____ |
| NOAGNRAP.LTR _____ | DEATHPEN.LTR _____ |
| NOAGEXAP.LTR _____ | INTERIM.LTR _____ |
| | TRAVEXP.LTR _____ |

VOUCHER #     <u>13173902</u>

COMPENSATION     _____

EXPENSES     _____

TOTAL     _____

ATTACHMENTS:     J-STMNT _____          OOC MEMO _____

EXP. ITEM _____          RECPTS.          _____

STAT. LIMIT _____

NOTES:

Appellate Case: 13-1739     Page: 1     Date Filed: 02/13/2014 Entry ID: 4124225