# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 25, 2014

Mr. Charles J. Williams
U.S. ATTORNEY'S OFFICE
Northern District of Iowa
111 Seventh Avenue, S.E.
Cedar Rapids, IA  52401

     RE:  13-1739  United States v. Angela Johnson

Dear Counsel:

     The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                         Michael E. Gans
                         Clerk of Court

JPP

Enclosure(s)

cc:     Mr. Jamie Bowers
       Mr. Michael Norman Burt
       Ms. Angela Johnson
       Ms. Marcia Ann Morrissey
       Ms. Nancy S. Pemberton
       Mr. Rob Phelps
       Mr. Patrick J. Reinert

     District Court/Agency Case Number(s):  3:01-cr-03046-MWB-1

Appellate Case: 13-1739    Page: 1    Date Filed: 08/25/2014 Entry ID: 4189056