# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 25, 2014

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE:  13-1739  United States v. Angela Johnson

Dear Sirs:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was Charles J. Williams, AUSA, of Cedar Rapids, IA.

Counsel who presented argument on behalf of the appellee was Marcia Ann Morrissey, of Santa Monica, CA. The following attorney(s) appeared on the appellee brief;  Michael Norman Burt, of San Francisco, CA.

The judge who heard the case in the district court was Honorable Mark W. Bennett. The judgment of the district court was entered on March 15, 2013.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

JPP

Enclosure(s)

cc:  Lois Law
     MO Lawyers Weekly

District Court/Agency Case Number(s):  3:01-cr-03046-MWB-1