# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1739
_____

United States of America

Plaintiff - Appellant

v.

Angela Johnson

Defendant - Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:01-cr-03046-MWB-1)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is the cause is remanded to the district court for proceedings consistent with

the opinion of this court.

August 25, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans