# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 13-1739

United States of America

Appellant

v.

Angela Johnson

Appellee

---

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:01-cr-03046-MWB-1)

---

## MANDATE

In accordance with the opinion and judgment of 08/25/2014, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

October 03, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit